UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIANA CRAIG, *et al.*, | Case No. 3:24-cv-05421-JHC |
| Plaintiffs, | STIPULATED MOTION AND ORDER FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES |
| v. | |
| UNITED STATES OF AMERICA, | Noted for Consideration: July 2, 2025 |
| Defendant. | |

The parties hereby jointly STIPULATE AND AGREE to extend the expert disclosure deadlines set forth in the Court's September 19, 2024, Order Setting Trial Date and Related Dates (Dkt. 11), and the Federal Rules of Civil Procedures, as set forth below.

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | July 7, 2025 | July 14, 2025 |
| Disclosure of rebuttal expert testimony | August 6, 2025[1] | August 13, 2025 |

---

[1] The Court's scheduling order does not specify a deadline for rebuttal expert testimony, so the current deadline is calculated pursuant to Fed. R. Civ. P. 26(a)(2)(D)(ii).

STIPULATED MOTION AND ORDER FOR EXTENSION
OF EXPERT DISCLOSURE DEADLINES
[Case No. 3:24-cv-05421-JHC] - 1

No modification to the trial date or any other pre-trial deadlines is requested.

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit that good cause exists for extending these expert disclosure deadlines. The parties have been working diligently to complete discovery in this case, but only received pathology slides necessary for certain experts to complete their analyses in the last week. Because the parties' experts need time to review the slides, a short, one-week extension will make it more efficient for expert witnesses to have access to this information before the disclosure deadline to avoid duplicative efforts based on new information.

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed dates and respectfully request that the Court grant their motion.

DATED this 2nd day of July, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ James C. Strong*
JAMES C. STRONG, WSBA No. 59151
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone : 206-553-7970
Email : james.strong@usdoj.gov

*Attorneys for United States of America*

I certify that this memorandum contains 262 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER FOR EXTENSION
OF EXPERT DISCLOSURE DEADLINES
[Case No. 3:24-cv-05421-JHC] - 2

| | |
|---|---|
| 1 | BAILEY ONSAGER |
| 2 | *s/ Darrin E. Bailey* |
| | Darrin E. Bailey, WSBA No. 34955 |
| 3 | 1109 First Avenue, Suite 501 |
| | Seattle, Washington 98101 |
| 4 | Telephone: (206) 667-8290 |
| | Email: dbailey@baileyonsager.com |
| 5 | |
| | FRIEDMAN RUBIN |
| 6 | |
| | *s/ Peter J. Mullenix* |
| 7 | Peter J. Mullenix, WSBA No. 37171 |
| | 1109 First Avenue, Suite 501 |
| 8 | Seattle, Washington 98101 |
| | Phone: (206) 504-4446 |
| 9 | Email: pmullenix@friedmanrubin.com |
| 10 | *Attorneys for Plaintiff* |

STIPULATED MOTION AND ORDER FOR EXTENSION
OF EXPERT DISCLOSURE DEADLINES
[Case No. 3:24-cv-05421-JHC] - 3

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. The new deadlines are as follows:

| **Deadline** | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | July 14, 2025 |
| Disclosure of rebuttal expert testimony | August 13, 2025 |

DATED this   3rd   day of            July           , 2025.

_____
JOHN H. CHUN
United States District Judge