UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIANA CRAIG and BENJAMIN CRAIG, | Case No. 3:24-cv-05421-JHC |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Based on the Joint Status Report at Dkt. # 18, the Court CONTINUES trial in this matter to Monday, October 5, 2026. The Court DIRECTS the Clerk to issue a case scheduling order that reflects the Court's standard pretrial schedule, except dispositive motions must be filed by January 30, 2026. The Parties are DIRECTED to file a motion the next time they make a request of the Court.

DATED this 9th day of December, 2025.

_____
JOHN H. CHUN
United States District Judge

ORDER
[Case No. 3:24-cv-05421-JHC] - 1