UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIANA CRAIG and BENJAMIN CRAIG, | Case No. 3:24-cv-05421-JHC |
| Plaintiffs, | STIPULATED MOTION & ORDER TO STAY |
| v. | |
| UNITED STATES OF AMERICA, | Noted for Consideration: February 13, 2026 |
| Defendant. | |

For good cause shown, the parties request that the Court stay the deadlines in this case, including further briefing on the United States' Motion for Partial Summary Judgment (Dkt. 21). The parties have reached a settlement in principle of this matter, which now must undergo the approval process within the Department of Justice before it can be finalized. The parties will update the Court on or before April 10, 2026, on the status of the settlement approval process.

//

//

//

//

//

STIPULATED MOTION TO STAY
[Case No. 3:24-cv-05421-JHC] - 1

Dated this 13th day of February, 2026.

Respectfully submitted,

                                                            BAILEY ONSAGER

s/ James C. Strong                                          s/ Darrin E. Bailey
JAMES C. STRONG, WSBA No. 59151        DARRIN E. BAILEY, WSBA No. 34955
Assistant United States Attorney                   Bailey Onsager
United States Attorney's Office                      1109 First Avenue, Suite 501
Western District of Washington                     Seattle, Washington 98101
700 Stewart Street, Suite 5220                      Telephone: (206) 667-8290
Seattle, Washington 98101-1271                   Email: dbailey@baileyonsager.com
Phone: 206-553-7970
Email: james.strong@usdoj.gov                   FRIEDMAN RUBIN

*Attorneys for Defendant*                              s/ Peter J. Mullenix
                                                            PETER J. MULLENIX, WSBA No. 37171
*I certify this document contains 243 words in*   Friedman Rubin
*compliance with the Local Civil Rules.*          1109 First Avenue, Suite 501
                                                            Seattle, Washington 98101
                                                            Phone: (206) 504-4446
                                                            Email: pmullenix@friedmanrubin.com

                                                            *Attorneys for Plaintiff*

STIPULATED MOTION TO STAY
[Case No. 3:24-cv-05421-JHC] - 2

**ORDER**

Pursuant to the parties' Stipulation, the Court GRANTS the motion to stay. All case-related deadlines, including further briefing on the United States' Motion for Partial Summary Judgment (Dkt. 21), are STAYED pending further order of the Court. The parties must provide a status update to the Court on or before April 10, 2026.

IT IS SO ORDERED.

DATED this 13th day of February, 2026.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO STAY
[Case No. 3:24-cv-05421-JHC] - 3